UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELA JOHNSON,

        Plaintiff,                 CASE NUMBER: 11-13081
                                           HONORABLE VICTORIA A. ROBERTS
v.                                       MAG. JUDGE LAURIE MICHELSON

HSBC BANK,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 6, 2012, Magistrate Judge Michelson issued a Report and Recommendation (Doc. 25), recommending the Court grant Defendant's Motion for Summary Judgment (Doc. #21). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's Motion for Summary Judgment is **GRANTED.**

    **IT IS ORDERED**.

                                           S/Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge

Dated: September 11, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 11, 2012.

S/Linda Vertriest
Deputy Clerk